# In the United States Court of Federal Claims

No. 15-488L
(Filed: February 17, 2021)

```
*************************************
TECHNICAL COLLEGE OF THE LOW    *
COUNTRY,                        *
                                *
            Plaintiff,          *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
*************************************
```

## ORDER

    On February 16, 2021, the parties in the above-captioned case filed a joint status report. The parties indicated that they are still awaiting final approval of the proposed settlement.

    In keeping with the parties' proposal, the court orders the parties to file a joint status report **no later than Wednesday, March 3, 2021**, updating the court on the status of approval of the settlement and payment.

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge